Form B2710 (12/15)

# United States Bankruptcy Court

Southern District of Alabama

**Case No. <u>16–02747</u>**

**Chapter 7**

In re:

Anna C Richardson
8023 Bertta Dr
Theodore, AL 36582

Social Security No.:
xxx–xx–1534

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Lynn Harwell Andrews is discharged as trustee of the estate of the above–named debtor and the bond is cancelled:

The Chapter 7 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 2/9/17

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.